UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Picard,

    Plaintiff,

—v—

Sage Associates,

    Defendants.

20-cv-10057 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A bench trial in this matter is scheduled to begin on January 17, 2022. The Court adopts the schedule for pretrial submissions proposed in the parties' June 14, 2021 joint letter. Dkt. No. 23. A final pretrial conference is scheduled for January 5, 2022 at 2:00 P.M.

SO ORDERED.

Dated: June 30, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge