UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Irving Picard

        -V-                      #20 Cv 10057 (JFK)

    Sage Associates, etal
------------------------------X

------------------------------X
    Irving Picard

        -V-                      #20 Cv 10109 (JFK)

    Sage Realty, etal
------------------------------X

A status conference in the above-consolidated cases is scheduled for Tuesday, December 21, 2021 at 11:30 a.m. in person, in Courtroom 20-C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-21

SO ORDERED.
Dated: November 22, 2021

JOHN F. KEENAN
United States District Judge