UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Irving Picard

        -V-

    Sage Associates, etal

------------------------------X

------------------------------X
    Irving Picard

        -V-

    Sage Realty, etal
------------------------------X

#20 Cv 10057 (JFK)

#20 Cv 10109 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-29-21

A status conference in the above-consolidated cases is scheduled for Wednesday, December 8, 2021 at 11:00 a.m. in person, in Courtroom 20-C. The purpose of the conference is to discuss the status of this case. This conference will not be adjourned except by order of the Court.

SO ORDERED.
Dated: November 29, 2021

JOHN F. KEENAN
United States District Judge