MEMO ENDORSED



# SIPC

**SECURITIES INVESTOR PROTECTION CORPORATION**
1667 K STREET, N.W., SUITE 1000
WASHINGTON, D.C. 20006
(202) 371-8300
WWW.SIPC.ORG

OFFICE OF THE GENERAL COUNSEL

November 26, 2021

**VIA ECF**

The Honorable John F. Keenan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Picard v. Sage Associates*, No. 20-cv-10057 (JFK); *Picard v. Sage Realty*, No. 20-cv-10109 (JFK)

Dear Judge Keenan:

    The above-listed cases arise from the liquidation proceeding of Bernard L. Madoff Inv. Sec. LLC being conducted pursuant to the Securities Investor Protection Act ("SIPA").

    On November 4, 2021, this Court granted SIPC's request to file, as a statutory intervenor in this matter, a Memorandum of Law in Support of the Trustee's Proposed Findings of Fact and Conclusions of Law no later than December 1, 2021. ECF No. 56 (Case No. 20-cv-10057).

    On November 24, counsel for the Trustee requested leave to move for summary judgment and requested that a pre-motion conference be scheduled for December 21, 2021. ECF No. 77 (Case No. 20-cv-10057); ECF No. 37 (Case No. 20-cv-10109).

    In light of the Trustee's counsel's request, and SIPC's desire to not burden this Court with potentially unnecessary filings, SIPC requests that its deadline to file a Memorandum of Law in Support of the Trustee's Proposed Findings of Fact and Conclusions of Law be extended from December 1, 2021 to December 28, 2021. This is SIPC's first request for an extension of time. The Defendants consent.

    Respectfully submitted,

*/s/ Nicholas G. Hallenbeck*
Nicholas G. Hallenbeck
Assistant General Counsel

```
SIPC's request is GRANTED.  SIPC
shall file its Memorandum of Law
on December 28, 2021.

SO ORDERED.
Dated: New York, New York
       November 30, 2021
```

_____
John F. Keenan
United States District Judge