UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      Irving Picard

         -V-

      Sage Associates, etal

#20 Cv 10057 (JFK)

------------------------------X

------------------------------X
      Irving Picard

         -V-

      Sage Realty, etal
------------------------------X

#20 Cv 10109 (JFK)

The trial in these consolidated cases, set for Wednesday, January 19, 2022, has been rescheduled from 11:30 a..m. to 11:00 a.m. in Courtroom 20-C.

Dated: 12-21-21

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-21

JOHN F. KEENAN
United States District Judge