UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Irving Picard

        -V-                :              #20 Cv 10057 (JFK)

    Sage Associates, etal
------------------------------X

------------------------------X
    Irving Picard

        -V-                :              #20 Cv 10109 (JFK)

    Sage Realty, etal
------------------------------X

The trial in these consolidated cases, set for Wednesday, January 19, 2022, has been rescheduled from 11:00 a..m. to 10:45 a.m. in Courtroom 20-C.

Dated: New York, New York
January 12, 2022

_____
JOHN F. KEENAN
United States District Judge