USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/22

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IRIVING H. PICARD,                  :
                                    :
         Plaintiff,                 :
                                    :      No. 20 Civ. 10109 (JFK)
    -against-                       :
                                    :            ORDER
SAGE REALTY, et al.,                :
                                    :
         Defendants.                :
                                    :
------------------------------------X
IRVING H. PICARD,                   :
                                    :
         Plaintiff,                 :
                                    :
    -against-                       :      No. 20 Civ. 10057 (JFK)
                                    :
SAGE ASSOCIATES, et al.,            :            ORDER
                                    :
         Defendants.                :
                                    :
------------------------------------X
```

Appearances

FOR THE TRUSTEE, IRIVING H. PICARD
   David J. Sheehan, Nicolas J. Cremona, Stacey Ann Bell, Amy
   Elizabeth Vanderwal, James Hefferan Rollinson, Lan Hoang,
   Patrick Thomas Campbell, Seanna R. Brown, Stephanie Ann
   Ackerman, BAKER & HOSTETLER LLP

FOR THE DEFENDANTS
   Andrew Bennett Kratenstein, Carole Neville, Darren Todd
   Azman, Michael Robert Huttenlocher, McDERMOTT WILL & EMERY
   LLP

**JOHN F. KEENAN, United States District Judge:**

On April 15, 2022, the Court entered judgment in these consolidated cases in favor of the Plaintiff, Irving H. Picard, Esq. ("the Trustee"), and against the Defendants, Sage

1

Associates, Sage Realty, Malcolm Sage, Martin Sage, and Ann Sage Passer, jointly and severally, in the amount of $16,880,000. (Docket No. 20 Civ. 10057, ECF No. 111; Docket No. 20 Civ. 10109, ECF No. 67). At the request of the parties, the Court respectfully directs the Clerk of Court to modify the April 15, 2022, judgment and enter judgment in favor of the Trustee (1) in the amount of $13,510,000 against Sage Associates, Malcolm Sage, Martin Sage, and Ann Sage Passer, jointly and severally, and (2) in the amount of $3,370,000 against Sage Realty, Malcolm Sage, Martin Sage, and Ann Sage Passer, jointly and severally.

**SO ORDERED.**

Dated:   New York, New York
         April 18, 2022

_____
John F. Keenan
United States District Judge