```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IRVING H. PICARD,                     :
                                      :     20cv10057 (DLC)
                       Plaintiff,     :
                                      :     ORDER
         -v-                          :
                                      :
SAGE ASSOCIATES, et al.,              :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```

In 2010, the trustee and plaintiff, Irving H. Picard, brought two adversary proceedings against the defendants in bankruptcy court, Case Nos. 10-04362 and 10-04400. The instant action was initiated by the defendants' motion to withdraw the reference to bankruptcy court as to those proceedings. An Opinion of May 18, 2021 by the Honorable Alison J. Nathan granted that motion. Following a five-day trial, an Opinion of April 15, 2022 by the Honorable John F. Keenan entered judgment in favor of the trustee, and that judgment was affirmed on appeal. An Opinion issued today denies a motion by defendant Malcolm Sage and his wife, nonparty Lynne Florio, to vacate that judgment pursuant to Rule 60(d)(3), Fed. R. Civ. P.

In 2023, the trustee brought a related new adversary proceeding against Sage and Florio in bankruptcy court, Case No. 23-01099. On June 7, 2023, Sage and Florio moved to withdraw the reference as to that action, thus initiating Case No.

23cv4785. That motion remains pending in Case No. 23cv4785 before the Honorable Paul G. Gardephe.

On October 8, 2025, Sage and Florio filed a pro se motion in this action that also seeks to withdraw the reference as to Case No. 23-01099. They argue, inter alia, that the issues presented in Case No. 23-01099 overlap with the issues raised by their Rule 60(d)(3) motion.

A motion to withdraw a reference to bankruptcy court is governed by Rule 5011-1 of the Local Bankruptcy Rules, which states as follows:

> A motion for withdrawal of the reference shall be filed with the Clerk of the Court [of the Bankruptcy Court]. An original and three (3) copies of the District Court Civil Cover Letter Sheet shall be submitted to the Court. The Clerk of the Court will transmit the motion and supporting documents to the District Court. The movant shall obtain from the Clerk of the Court the District Court civil case number and name of the District Judge assigned to the motion.

S.D.N.Y. LBR 5011-1.

The motion that Sage and Florio filed in this action to withdraw the reference as to Case No. 23-01099 does not comply with the procedure required by Rule 5011-1. That motion was not properly assigned to this action or to this Court by the Clerk of Court. Nor was it proper to file such a motion in this action only because a related Rule 60(d)(3) motion, which has now been denied, was pending in this action at the time of the

2

filing.  Moreover, a motion seeking the same relief is already pending in Case No. 23cv4785.  Accordingly, it is hereby

ORDERED that Sage and Florio's October 8 motion to withdraw the reference as to Case No. 23-01099 is denied without prejudice to the motion pending in Case No. 23cv4785.

Dated:      New York, New York
            October 16, 2025

_____<br>
DENISE COTE<br>
United States District Judge